UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

(1) United States of America, *ex rel.* Vincent L. Hepburn

Plaintiff,

v.

(1) NASA Administrator Clarence William Nelson II; (2) Former NASA Administrator James F. Bridenstine; (3) Elon Musk; (4) Space Exploration Technologies Corp.; (5) Jeff Bezos; (6) Blue Origin, LLC; (7) ABL Space Systems Co.; (8) ADNET Systems, Inc.; (9) Aegis Aerospace, Inc.; (10) Aerie Aerospace, LLC; (11) Aerodyne-SGT Engineering Services, LLC; (12) Aerojet Rocketdyne, Inc.; (13) Agile Decision Sciences, LLC; (14) Ahmic Aerospace, LLC; (15) Analytical Mechanics Associates, Inc.; (16) Ansys, Inc.; (17) Ares Technical Services Corporation; (18) Association of Universities for Research in Astronomy, Inc.; (19) Assurance Technology Corporation; (20) Astra Space, Inc.; (21) Astrobotic Technology, Inc.; (22) Astrotech Space Operations, LLC; (23) Axiom Space, Inc.; (24) Ball Aerospace & Technologies Corp.; (25) Barrios Technology, Ltd.; (26) Bastion Technologies, Inc.; (27) Bechtel National, Inc.; (28) Booz Allen Hamilton, Inc.; (29) Box Elder Innovations, LLC; (30) California Institute of Technology; (31) Charles Stark Draper Laboratory, Inc.; (32)

Case No. CIV-23-586-J

COMPLAINT FOR VIOLATION OF FEDERAL FALSE CLAIMS ACT

FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. §§ 3730(b)(2)

FILED UNDER SEAL (LCvR5.2.2)

FILED

JUL 07 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIS. OKLA.
BY naa ,DEPUTY

Collins Aerospace; (33) COLSA )
Corporation; (34) Commonwealth )
Scientific and Industrial Research )
Organisation; (35) Consolidated Safety )
Services, Inc.; (36) Cornerstone Research)
Group, Incorporated; (37) Craig )
Technical Consulting, Inc.; (38) )
Dynetics, Inc.; (39) Elementum 3D Inc.; )
(40) Firefly Aerospace, Inc.; (41) )
General Atomics Electromagnetic )
Systems, Inc.; (42) General Dynamics )
Corporation; (43) Gloyer-Taylor )
Laboratories, Inc.; (44) Honeybee )
Robotics, LLC; (45) Honeywell )
International Inc.; (46) IN Space, LLC; )
(47) ispace, inc.; (48) Jacobs Solutions )
Inc.; (49) KBR, Inc.; (50) KBR Wyle )
Services, LLC; (51) KBRwyle )
Technology Solutions, LLC; (52) )
L3Harris Technologies Inc.; (53) Leidos, )
Inc.; (54) Leonardo S.p.A.; (55) LJT & )
Associates, Inc.; (56) Lockheed Martin )
Corporation; (57) Lunar Outpost, Inc.; )
(58) Massachusetts Institute of )
Technology; (59) Masten Space Systems,)
Inc.; (60) Mathematical Research )
Incorporated; (61) Maxar Space LLC; )
(62) Maxar Technologies Inc.; (63) )
Microchip Technology Incorporated; )
(64) Millennium Space Systems, Inc.; )
(65) Mitchell Vantage Systems, LLC; )
(66) National Academy of Sciences; (67) )
Northrop Grumman Corporation; (68) )
Oceaneering International, Inc.; (69) )
OPR, LLC; (70) PAE-SGT Partners, )
LLC; (71) Peraton Inc.; (72) pH Matter, )
LLC; (73) Phantom Space Corporation; )
(74) Raytheon Technologies )
Corporation; (75) Redwire Corporation; )
(76) Relativity Space, Inc.; (77) Rocket )
Lab USA, Inc.; (78) Rothe Development,)
Inc.; (79) Russia Space Agency, State )
Space Corporation Roscosmos; (80) S.P. )

Korolev Rocket and Space Public )
Corporation Energia; (81) Science )
Applications International Corporation; )
(82) Science Systems and Applications, )
Inc.; (83) Select Federal Services, LLC; )
(84) Sensuron, LLC; (85) SETI Institute; )
(86) Sierra Lobo, Inc.; (87) Sierra )
Nevada Corporation; (88) Southwest )
Research Institute; (89) SpaceFactory, )
Inc.; (90) Spaceflight, Inc.; (91) Stellar )
Exploration, Inc.; (92) Stinger Ghaffarian)
Technologies, Inc.; (93) Syncom Space )
Services, LLC; (94) Techshot, Inc.; (95) )
Tec-Masters, Inc.; (96) Teledyne Brown )
Engineering, Inc.; (97) Thales S.A.; (98) )
The Aerospace Corporation; (99) The )
Boeing Company; (100) Trident Vantage )
Systems, LLC; (101) Tyvak )
Nano-Satellite Systems, Inc.; (102) )
United Launch Services, LLC; (103) )
Universities Space Research Association;)
(104) Virgin Galactic, LLC; (105) Virgin)
Orbit, LLC; and (106) ZIN Technologies )
Inc. )
)
Defendants. )

TABLE OF CONTENTS

I. **INTRODUCTION** 2

II. **PARTIES** 16

III. **JURISDICTION & VENUE** 53

IV. **ALLEGATIONS** 54

A. The Knowledge Requirement of the False Claims Act 55

B. Definition of a Claim 55

C. The Qui Tam Provision of the False Claims Act 57

D. Overview of the Fraud; the Scheme; the Hoax; the Lie 58

E. Transactions 60

V. **DAMAGES** 623

VI. **CAUSES OF ACTION** 626

**FIRST CAUSE OF ACTION**
FALSE CLAIMS ACT, PRESENTING FALSE CLAIMS
31 U.S.C. §§ 3729(a)(1)(A)
(Against All Defendants) 626

**SECOND CAUSE OF ACTION**
FALSE CLAIMS ACT, MAKING OR USING FALSE RECORDS OR STATEMENTS TO OBTAIN PAYMENT OR APPROVAL OF FALSE CLAIMS
31 U.S.C. §§ 3729(a)(1)(B)
(Against All Defendants) 627

**THIRD CAUSE OF ACTION**
FALSE CLAIMS ACT, CONSPIRACY TO VIOLATE THE FALSE CLAIMS ACT
31 U.S.C. §§ 3729(a)(1)(C)
(Against All Defendants) 628

VII. **PRAYER** 630

Plaintiff-Relator Vincent L. Hepburn, on behalf of the United States of America (the "Government" or the "Federal Government"), for his Complaint against Defendants NASA (National Aeronautics and Space Administration) Administrator Clarence William Nelson II; Former NASA Administrator James F. Bridenstine; Elon Musk; Space Exploration Technologies Corp.; Jeff Bezos; Blue Origin, LLC; ABL Space Systems Co.; ADNET Systems, Inc.; Aegis Aerospace, Inc.; Aerie Aerospace, LLC; Aerodyne-SGT Engineering Services, LLC; Aerojet Rocketdyne, Inc.; Agile Decision Sciences, LLC; Ahmic Aerospace, LLC; Analytical Mechanics Associates, Inc.; Ansys, Inc.; Ares Technical Services Corporation; Association of Universities for Research in Astronomy, Inc.; Assurance Technology Corporation; Astra Space, Inc.; Astrobotic Technology, Inc.; Astrotech Space Operations, LLC; Axiom Space, Inc.; Ball Aerospace & Technologies Corp.; Barrios Technology, Ltd.; Bastion Technologies, Inc.; Bechtel National, Inc.; Booz Allen Hamilton, Inc.; Box Elder Innovations, LLC; California Institute of Technology; Charles Stark Draper Laboratory, Inc.; Collins Aerospace; COLSA Corporation; Commonwealth Scientific and Industrial Research Organisation; Consolidated Safety Services, Inc.; Cornerstone Research Group, Incorporated; Craig Technical Consulting, Inc.; Dynetics, Inc.; Elementum 3D Inc.; Firefly Aerospace, Inc.; General Atomics Electromagnetic Systems, Inc.; General Dynamics Corporation; Gloyer-Taylor Laboratories, Inc.; Honeybee Robotics, LLC; Honeywell International Inc.; IN Space, LLC; ispace, inc.; Jacobs Solutions Inc.; KBR, Inc.; KBR Wyle Services, LLC; KBRwyle Technology Solutions, LLC; L3Harris Technologies Inc.; Leidos, Inc.; Leonardo S.p.A.; LJT & Associates, Inc.; Lockheed Martin Corporation; Lunar Outpost,

Inc.; Massachusetts Institute of Technology; Masten Space Systems, Inc.; Mathematical Research Incorporated; Maxar Space LLC; Maxar Technologies Inc.; Microchip Technology Incorporated; Millennium Space Systems, Inc.; Mitchell Vantage Systems, LLC; National Academy of Sciences; Northrop Grumman Corporation; Oceaneering International, Inc.; OPR, LLC; PAE-SGT Partners, LLC; Peraton Inc.; pH Matter, LLC; Phantom Space Corporation; Raytheon Technologies Corporation; Redwire Corporation; Relativity Space, Inc.; Rocket Lab USA, Inc.; Rothe Development, Inc.; Russia Space Agency, State Space Corporation Roscosmos; S.P. Korolev Rocket and Space Public Corporation Energia; Science Applications International Corporation; Science Systems and Applications, Inc.; Select Federal Services, LLC; Sensuron, LLC; SETI Institute; Sierra Lobo, Inc.; Sierra Nevada Corporation; Southwest Research Institute; SpaceFactory, Inc.; Spaceflight, Inc.; Stellar Exploration, Inc.; Stinger Ghaffarian Technologies, Inc.; Syncom Space Services, LLC; Techshot, Inc.; Tec-Masters, Inc.; Teledyne Brown Engineering, Inc.; Thales S.A.; The Aerospace Corporation; The Boeing Company; Trident Vantage Systems, LLC; Tyvak Nano-Satellite Systems, Inc.; United Launch Services, LLC; Universities Space Research Association; Virgin Galactic, LLC; Virgin Orbit, LLC; and ZIN Technologies Inc. ("Defendants"), alleges based upon personal knowledge, relevant documents, and information and belief, as follows:

INTRODUCTION

1. This is an action to recover damages and civil penalties of the United States of America arising from false and/or fraudulent records, statements and claims made and caused to be made by Defendants and/or its agents and employees, in violation of the

federal False Claims Act, 31 U.S.C. §§ 3729 *et seq*. (the "FCA"). The False Claims Act is a federal statute that sets criminal and civil penalties for defrauding the Government. To defraud broadly means trick or deceive someone at the expense of another for personal gain. In the legal sense, to defraud is to commit fraud that leads to civil or criminal liability. Fraud is defined as wrongful or criminal deception intended to result in financial or personal gain. It can also be defined as a person or thing intended to deceive others, typically by unjustifiably claiming or being credited with accomplishments or qualities.

2. On July 29, 1958, President Eisenhower signed the National Aeronautics and Space Act of 1958 establishing the National Aeronautics and Space Administration (NASA).

3. On NASA's website, under "About NASA," it states: "The National Aeronautics and Space Administration is America's civil space program and the global leader in space exploration. The agency has a diverse workforce of just under 18,000 civil servants, and works with many more U.S. contractors, academia, and international and commercial partners to explore, discover, and expand knowledge for the benefit of humanity. With an annual budget of $23.2 billion in Fiscal Year 2021, which is less than 0.5% of the overall U.S. federal budget, NASA supports more than 312,000 jobs across the United States, generating more than $64.3 billion in total economic output (Fiscal Year 2019).

4. "At its 20 centers and facilities across the country – and the only National Laboratory in space – NASA studies Earth, including its climate, our Sun, and our solar system and beyond. We conduct research, testing, and development to advance

aeronautics, including electric propulsion and supersonic flight. We develop and fund space technologies that will enable future exploration and benefit life on Earth.

5. "NASA also leads a Moon to Mars exploration approach, which includes working with U.S. industry, international partners, and academia to develop new technology, and send science research and soon humans to explore the Moon on Artemis missions that will help prepare for human exploration of the Red Planet. In addition to those major missions, the agency shares what it learns so that its information can make life better for people worldwide. For example, companies use NASA discoveries and technologies to create new products for the public. To ensure future success for the agency and the nation, NASA also supports education efforts in STEM with an emphasis on increasing diversity in our future workforce."

6. On NASA's website, under "The Birth of NASA," dated March 28, 2008, it states: "It may well be argued that NASA has become the world's premier agent for exploration, carrying on in 'the new ocean' of outer space a long tradition of expanding the physical and mental boundaries of humanity. Fifty years ago, however the agency that pushed the frontiers of aeronautics, took us to the moon, flew the space shuttle, built the International Space Station and revealed the secrets of the cosmos, was in its birth throes, and fundamental decisions were being made that profoundly shaped all that was to come.

7. "The driving force, of course, was the launch of Sputnik on Oct. 4, 1957, followed by its even weightier successors. In the midst of the Cold War, a country that aspired to global preeminence could not let that challenge pass. Although the United States already had its own satellite plans in place as part of the International Geophysical

Year, the Russian events spurred the Space Age, and in particular gave urgency to the founding of an American national space agency.

8. "In the wake of the Sputniks, events moved quickly toward the development of NASA, especially considering the weighty issues that had to be resolved. Should there be a new agency, or one built on an already established institution, such as the National Science Foundation (NSF), the Atomic Energy Commission (AEC), or the National Advisory Committee for Aeronautics (NACA)? Or should it be part of a military agency – the Army and Air Force were both keen, based on their missile work. If it was military or civilian agency, then how to divide the tasks peculiar to each function? Should the new agency include aeronautical activities? Should it have the power to implement international agreements, how should those agreements be used as an instrument of foreign policy, and what should the new agency's relationship be with the State Department?

9. "Already on Nov. 25, 1957 Senator Lyndon B. Johnson began hearings on American space and missile activities in the Preparedness Investigating Subcommittee of the Senate Armed Services Committee. This led on Feb. 6, 1958 to the establishment of a Senate Special Committee on Space and Aeronautics, with the goal of establishing a space agency, and Senator Johnson as its chairman. On the House side of Congress the Select Committee on Astronautics and Space Exploration was created on March 5, chaired by House majority leader John W. McCormack.

10. "Meanwhile, in the Executive Branch President Eisenhower had asked his science advisor, James R. Killian, Jr., to convene the Presidential Science Advisory

Committee (PSAC) for deliberations on the subject. By March 5 Eisenhower had approved a memorandum, dated the same day and signed by Nelson Rockefeller, chairman of the President's Advisory Committee on Government Organization, on which Killian also served. It proposed a civilian space agency built around the NACA, which by this time spent about half its total effort on space-related projects, including the Vanguard, X-15, and Defense Department missile programs. In the following weeks legislation was drafted by the Bureau of the Budget, NACA and Killian's office. … The legislation that emerged called for a new agency rather than a strengthened NACA, responding to the criticism of some that NACA had become too lethargic to deal with the onrush of events, and that a new start was needed.

11. "On April 2, Eisenhower sent the draft legislation to Congress establishing the 'National Aeronautics and Space Agency.' At the behest of Eilene Galloway, who worked for the Congressional Research Service and served as a consultant to both Senator Johnson and Congressman McCormack during the drafting of the final Space Act, the name was changed to 'National Aeronautics and Space Administration.' It was her belief that an 'Administration' with an 'Administrator' would be vested with more power than a mere 'agency' with a 'director,' and in fact that the new institution would need that power to coordinate with many other agencies. …

12. "After Congressional hearings during spring 1958, Congress passed the legislation and President Eisenhower signed the National Aeronautics and Space Act into law on July 29, 1958. … NASA formally opened for business on Oct. 1, 1958.

13. “It is instructive to recall the objectives for NASA that emerged in section 102 of the final Space Act:

1. “The expansion of human knowledge of phenomena in the atmosphere and space;
2. “The improvement of the usefulness, performance, speed, safety, and efficiency of aeronautical and space vehicles;
3. “The development and operation of vehicles capable of carrying instruments, equipment, supplies, and living organisms through space;
4. “The establishment of long-range studies of the potential benefits to be gained from, the opportunities for, and the problems involved in the utilization of aeronautical and space activities for peaceful and scientific purposes;
5. “The preservation of the role of the United States as a leader in aeronautical and space science and technology and in the application thereof to the conduct of peaceful activities within and outside the atmosphere;
6. “The making available to agencies directly concerned with national defense of discoveries that have military value or significance, and the furnishing by such agencies, to the civilian agency established to direct and control nonmilitary aeronautical and space activities, of information as to discoveries which have value or significance to that agency;
7. “Cooperation by the United States with other nations and groups of nations in work done pursuant to this Act and in the peaceful application of the results thereof;

8. "The most effective utilization of the scientific and engineering resources of the United States, with close cooperation among all interested agencies of the United States in order to avoid unnecessary duplication of effort, facilities and equipment

14. "The Space Act has been amended many times since 1958 …, but these goals have been little changed. In NASA's Authorization Act for 1985 the expansion of human knowledge 'of the Earth' was added to goal 1, reflecting increased concern about Earth resources and global climate change. And in the Authorization Act for 1989 a ninth goal was added: 'The preservation of the United States preeminent position in aeronautics and space through research and technology development related to associated manufacturing processes.' Other sections of the Space Act dealt with the civilian-military coordination, international cooperation, the demise of the NACA, the transfer of functions from other government agencies, and intellectual property rights.

15. "Beyond the logistical questions in the founding of a new space agency were larger issues not fully grasped at the time. In creating NASA, Pulitzer-Prize historian Walter McDougall argued, Congress was creating a technocratic institution, where technocracy is defined as 'the institutionalization of technological change for state purposes, that is, the state-funded and-managed R&D explosion of our time.' He saw Sputnik as a saltation that sparked this technological revolution. McDougall later revised this point in light of the events of the Space Age. Historian Robert MacGregor has also recently challenged the view of Sputnik as a technological saltation, arguing that technocratic ideas of the relation of science to the state were already well established by this time. In particular he points to the parallels between the Atomic Energy Commission

and NASA, and further argued that 'NASA's rise in the 1960's as an engine of American international prestige was rooted in atomic diplomacy, and that certain debates in Congress about the new agency were largely approached from within a framework of atomic energy, thereby limiting the range of discourse and influencing the shape of the new agency.' MacGregor finds of special importance the sections of the National Aeronautics and Space Act that were inspired by the Atomic Energy Acts of 1946 and 1954, especially the relation of the Department of Defense to the new agency, the role of international cooperation, and the apportionment of intellectual property. Issues great and small were involved in the founding of NASA. It may truly be said that NASA has achieved the goals laid out in section 102, sometimes in spectacular fashion, with the possible exception of objective 4, involving studies of the long-range benefits and problems related to spaceflight.

16. "That objective is now being undertaken in the NASA History Division, as witnessed in the recent publication of Societal Impact of Spaceflight … and other planned publications. Perhaps no goal is more important for sustaining a robust space program than ensuring that society has a vested interest in the aeronautics and space activities of NASA and the other space agencies that have sprouted up around the world over the last 50 years."

17. The birth of the National Aeronautics and Space Administration has spawned with it an entire industry built around a lie meant to supplant the truth of Jesus, the Lord God; the Creator; the Master; the Christ; the Only Begotten Son of God the Father. Psalm 24:1-2 of the Holy Bible reads: "**24** The earth is the Lord's, and the fulness

thereof; the world, and they that dwell therein. [2] For he hath founded it upon the seas, and established it upon the floods" (King James Version).

18. The creation of the National Aeronautics and Space Administration has spawned with it an entire industry built around perpetuating a lie, mocking God, and concealing the truth of God from the people of the United States of America, and the world. Galatians 6:7 of the Holy Bible reads: "[7] Be not deceived; God is not mocked: for whatsoever a man soweth, that shall he also reap" (King James Version).

19. The institution of the National Aeronautics and Space Administration has spawned with it an entire industry built around sun god worship: heliocentrism (Helios centric) and the idea that Earth is in a solar system. Deuteronomy 4:19 of the Holy Bible reads: "[19] And lest thou lift up thine eyes unto heaven, and when thou seest the sun, and the moon, and the stars, even all the host of heaven, shouldest be driven to worship them, and serve them, which the Lord thy God hath divided unto all nations under the whole heaven" (King James Version).

20. The establishment of the National Aeronautics and Space Administration has spawned with it an entire industry built around profiting from the lie that is outer space; outer space being a work of fiction, and an abomination. Psalm 148:4 of the Holy Bible reads: "[4] Praise him, ye heavens of heavens, and ye waters that be above the heavens" (King James Version).

21. The space industry refers to economic activities related to manufacturing components that go into Earth's orbit or beyond, delivering them to those regions, and related services. The space industry includes all the companies involved in the space

economy, that provide goods and services related to space. The space industry also includes all the companies involved in the development of space assets, and of solutions to access to space. The space industry is a term widely used to describe the various businesses and organizations involved in what can be broadly referred to as the "space economy". This collective term encompasses all goods and services related to ideas like space travel, space exploration, and space technology. The worldwide space economy, valued at around 423.8 billion U.S. dollars in 2019, includes a range of fictitious activities that involve the researching, exploring, understanding, managing and utilization of space. The value of the space economy is said to have reached $464 billion in 2022.

22. This action alleges that the Defendants have deliberately misrepresented to the Federal Government and to the world, their capabilities, accomplishments, and motives, while simultaneously concealing all-important and fundamental truths of reality, on which a government tasked with promoting the general welfare and securing the blessings of liberty to ourselves and our posterity would rely. In the process, the Defendants have violated the law.

23. False pretenses are defined as false representations concerning past or present facts that are made with the intent to defraud another; a deliberate misrepresentation of facts, as to obtain title to money or property; and false representations and statements, made with a fraudulent design, to obtain money, goods, and/or merchandise with intent to cheat. If you do something under false pretenses, you lie about who you are, what you are doing, or what you intend to do, in order to get something. This action seeks to recover damages from the Defendants, who all have been

and are currently operating under false pretenses, and who have violated and are violating the False Claims Act. This action seeks to recover billions of federal dollars obtained by fraudulent means; moneys used in the fulfillment of NASA's mission: "NASA explores the unknown in air and space, innovates for the benefit of humanity, and inspires the world through discovery." NASA is currently operating under false pretenses.

24. The FCA was enacted during the Civil War, and was substantially amended in 1986, and again in 2009 and 2010. Congress amended the FCA in 1986 to enhance the Government's ability to recover losses sustained as a result of fraud against the United States after finding that fraud in federal programs was pervasive and that the FCA, which Congress characterized as a primary tool for combating government fraud, was in need of modernization. The amendments create incentives for individuals to come forward with information about fraud against the Government without fear of reprisals or Government inaction, and enable the use of private legal resources to prosecute fraud claims on the Government's behalf.

25. The FCA prohibits, inter alia: (1) knowingly presenting, or causing to be presented, a false or fraudulent claim for payment or approval; and (2) knowingly making or using, or causing to be made or used, a false or fraudulent record or statement material to a false or fraudulent claim. 31 U.S.C. §§ 3729(a)(1)(A), (B). Any person who violates the FCA is liable for a civil penalty of up to $27,018 for each such claim, plus three times the amount of the damages sustained by the Government. 31 U.S.C. §§ 3729(a)(1) (as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 [28 U.S.C. §§ 2461 note; Public Law 104-410]).

26. In 2009, Congress amended the FCA to clarify that a "claim" includes "any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property that (i) is presented to an officer, employee, or agent of the United States; or (ii) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest...." 31 U.S.C. §§ 3729(b)(2).

27. The FCA allows any person having information about an FCA violation to bring an action for himself and the Government, and to share in any recovery. The FCA requires that the complaint be filed under seal for a minimum of 60 days (without service on the defendant during that time) to allow the Government time to conduct its own investigation and to determine whether to join the suit.

28. Based on the foregoing laws, *qui tam* Plaintiff-Relator Vincent L. Hepburn seeks, through this action, to recover all available damages, civil penalties, and other relief for the violations alleged herein in every jurisdiction to which Defendants' misconduct has extended.

29. Matthew 15:13 of the Holy Bible states: "**13** But he answered and said, Every plant, which my heavenly Father hath not planted, shall be rooted up" (King James Version).

30. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

31. Colossians 2:8 of the Holy Bible states: "[8] Beware lest any man spoil you through philosophy and vain deceit, after the tradition of men, after the rudiments of the world, and not after Christ" (King James Version).

32. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

33. Habakkuk 2:18 of the Holy Bible states: "[18] What profiteth the graven image that the maker thereof hath graven it; the molten image, and a teacher of lies, that the maker of his work trusteth therein, to make dumb idols?" (King James Version).

34. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

35. Jeremiah 16:19 of the Holy Bible states: "[19] O Lord, my strength, and my fortress, and my refuge in the day of affliction, the Gentiles shall come unto thee from the ends of the earth, and shall say, Surely our fathers have inherited lies, vanity, and things wherein there is no profit" (King James Version).

36. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

37. Proverbs 21:6 of the Holy Bible states: "[6] The getting of treasures by a lying tongue is a vanity tossed to and fro of them that seek death" (King James Version).

38. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

39. 2 Timothy 3:13 of the Holy Bible states: "[13] But evil men and seducers shall wax worse and worse, deceiving, and being deceived" (King James Version).

40. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

41. Revelation 18:23 of the Holy Bible states: "[23] And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee: for thy merchants were the great men of the earth; for by thy sorceries were all nations deceived" (King James Version).

42. If it is done in the name of heliocentrism, it is fraudulent. If it is done in the name of outer space, it is fraudulent. If it is done in the name of NASA, it is fraudulent.

43. Isaiah 14:12-15 states: "[12] How art thou fallen from heaven, O Lucifer, son of the morning! how art thou cut down to the ground, which didst weaken the nations! [13] For thou hast said in thine heart, I will ascend into heaven, I will exalt my throne above the stars of God: I will sit also upon the mount of the congregation, in the sides of the north: [14] I will ascend above the heights of the clouds; I will be like the most High. [15] Yet thou shalt be brought down to hell, to the sides of the pit" (The Holy Bible: King James Version).

44. If it is done in the name of the religion that is heliocentrism, it is fraudulent. If it is done in the name of the fiction that is outer space, it is fraudulent. If it is done in the name of NASA, t-minus Satan, it is fraudulent.

## PARTIES

A. The Plaintiff

45. The Plaintiff-Relator Vincent L. Hepburn ("Relator") is a citizen of the state of Oklahoma. Relator brings this action on behalf of the United States of America, the real party in interest.

B. The Defendants

46. Defendant, NASA Administrator (2021-present), Clarence William Nelson II was sworn in as the 14th NASA administrator on May 3, 2021. NASA's headquarters is located at 300 E St SW, Washington, DC 20546, where the Office of the Administrator provides the overarching strategic direction for the Agency. On NASA's website, it states: "In 1986 he flew on the 24th flight of the Space Shuttle. The mission on Columbia orbited the earth 98 times over six days. Nelson conducted 12 medical experiments including the first American stress test in space and a cancer research experiment sponsored by university researchers."

47. Defendant, former NASA Administrator (2018-2021), James Frederick Bridenstine was sworn in as NASA's 13th administrator on April 23, 2018, and resigned on Jan. 20, 2021. His address is 6155 El Camino Real, Carlsbad, CA 92009. On NASA's website, it states: "As administrator, he has led NASA in advancing American aeronautic, science, and space exploration objectives since April 23, 2018. … Under Bridenstine's leadership, NASA launched its new human lunar exploration mission, the Artemis program." It also states that Bridenstine "managed the continued commercial resupply of

the International Space Station and has led agency efforts to partner with American businesses on the Commercial Crew Program."

48. Defendant Elon Musk is the founder and CEO of the Space Exploration Technologies Corporation. Musk can be found at the following locations: 2110 Ranch Road 620 S. #341886 Austin, TX 78734; Telsa Motors, 3500 Deer Creek, Palto, CA 943404; and 1 Rocket Road, Hawthorne, CA 90250.

49. Defendant Space Exploration Technologies Corp. is a private company that "designs, manufactures and launches advanced rockets and spacecraft," headquartered at 1 Rocket Rd, Hawthorne, CA 90250-6844. On its website, regarding "Making Humanity Multiplanetary," the Space Exploration Technologies Corporation states: "Building on the achievements of Falcon 9 and Falcon Heavy, SpaceX is working on a next generation of fully reusable launch vehicles that will be the most powerful ever built, capable of carrying humans to Mars and other destinations in the solar system."

50. In reference to "Making History," the company states: "SpaceX has gained worldwide attention for a series of historic milestones. It is the only private company capable of returning a spacecraft from low-Earth orbit, and in 2012 our Dragon spacecraft became the first commercial spacecraft to deliver cargo to and from the International Space Station. And in 2020, SpaceX became the first private company to take humans there as well."

51. Defendant Jeff Bezos is the founder and owner of Blue Origin, LLC. Bezos' home address is 1801 Angelo Dr., Beverly Hills, CA 90210.

52. Defendant Blue Origin, LLC is a private company that "was founded with a vision of millions of people living and working in space for the benefit of Earth," headquartered at 21218 76th Ave. S Kent, Washington 98032. On its website, regarding its vision, Blue Origin states: "For the Benefit of Earth: Blue Origin was founded with a vision of millions of people living and working in space for the benefit of Earth. Blue Origin envisions a time when people can tap into the limitless resources of space and enable the movement of damaging industries into space to preserve Earth, humanity's blue origin."

53. Regarding its mission, the company states: "Increase Access to Space Through Reusable Rockets: Blue Origin is working today to create that future by developing reusable launch vehicles and in-space systems that are safe, low cost, and serve the needs of all civil, commercial, and defense customers. Blue Origin's efforts include flying astronauts to space on New Shepard, producing reusable liquid rocket engines, developing an orbital launch vehicle with New Glenn, building next-generation space habitats, and returning to the surface of the Moon. These endeavors will add new chapters to the history of spaceflight and move all of humanity closer to that founding vision."

54. Defendant ABL Space Systems Co. is a private company "focused on launch vehicle and launch systems technology development," headquartered at 224 Oregon St, El Segundo, California, 90245. On its website, ABL Space Systems states: "Accessing space doesn't need to be expensive, complicated, or difficult, and we're building the systems, CONOPS, and organization to prove it."

55. Defendant ADNET Systems, Inc. is a private company that "was founded in 1991 to provide information technology (IT) solutions to the science community at NASA," headquartered at 6720B Rockledge Drive, Suite # 504, Bethesda, MD 20817.

56. Defendant Aegis Aerospace, Inc. is a private company that "provides commercial, turn-key space services, spaceflight product development, and engineering services for the civil and commercial space and defense industries," headquartered at 18050 Saturn Ln, Suite 300, Houston, TX 77058. On its website, Aegis Aerospace states the following: "Aegis Aerospace is headquartered in Houston, Texas, and operates out of ten locations, including the International Space Station."

57. Under "Space & Defense," the company states: "Our space and defense programs enable the warfighter to protect our nation and the explorer to extend our reach. The Aegis Aerospace team provides innovative, practical solutions that satisfy our government customers and suppliers."

58. Regarding commercial space, the company states: "We serve commercial, civil, and DoD customers by providing end-to-end, turn-key R&D testing services in space. Our space testing as a service (STaaS™) platforms enable our customers and partners to focus entirely on developing their experiment or technology, and we do the rest."

59. Defendant Aerie Aerospace, LLC, is a private company headquartered at 1525 Perimeter Pkwy NW #245, Huntsville, AL 35806. On its website, Aerie Aerospace states: "Aerie Aerospace, LLC (Aerie) is a Joint Venture (JV) formed by Aetos Systems, Inc. and ERC, Inc. Aerie offers experience in engineering, technical and IT services and

is designed to offer the best attributes of the parent companies (Aetos and ERC) with an exceptional past performance history supporting both NASA and DoD."

60. Defendant Aerodyne-SGT Engineering Services, LLC is a private "aerospace engineering & information technology services firm," headquartered at 8910 Astronaut Blvd, Ste 208, Cape Canaveral, FL, 32920. On its website Aerodyne-SGT Engineering Services states: "Aerodyne has a workforce that is comprised of engineers, IT technical experts and project managers with a history of providing exceptional support across eight NASA centers. Aerodyne's capabilities include a broad array of engineering disciplines, mission management, spacecraft systems, command and control, ground support equipment, network and IT engineering, system safety mission assurance and operations."

61. Defendant Aerojet Rocketdyne, Inc. is a private company located at 2001 Aerojet Road, Rancho Cordova, CA 95742-6418. On its website, Aerojet Rocketdyne states: "Aerojet Rocketdyne has been a pivotal player in America's human spaceflight program from the very beginning, and that legacy continues today. In addition to the engines for the Nation's next deep space rocket, we are the primary supplier of propulsion and power systems for in-space crew and cargo transports."

62. Defendant Agile Decision Sciences, LLC is a privately held subsidiary of ASRC Federal, located at 350 Voyager Way, Suite 100B, Huntsville, AL 35806.

63. Defendant Ahmic Aerospace, LLC is a private research and development company headquartered at 400 Sugar Camp Cir Suite 302, Dayton, OH 45409.

64. Defendant Analytical Mechanics Associates, Inc. is a private company headquartered at 21 Enterprise Parkway, Suite 300, Hampton, VA, 23666. On its website, Analytical Mechanics states that "Spacecraft & Mission Design" is one of the company's specialties.

65. Defendant Ansys, Inc. is a public company headquartered at Southpointe 2600 Ansys Drive Canonsburg, PA 15317.

66. Defendant Ares Technical Services Corporation is a private "award-winning space and defense company," with locations at 1440 Chapin Ave Ste 390 Burlingame, CA 94010-4058, and 8444 Westpark Drive, Suite 800, McLean, VA 22102. On its website, the Ares Technical Services Corporation states: "Our clients include the National Aeronautics and Space Administration, Missile Defense Agency, Space Force, Air Force Research Laboratory, and Defense Advanced Research Projects Agency."

67. Defendant Association of Universities for Research in Astronomy, Inc. is a consortium of 49 US institutions and 3 international affiliates, headquartered at 1331 Pennsylvania Ave. NW, Washington, DC 20004. On its website, the Association of Universities for Research in Astronomy states: "For NASA, AURA manages the Space Telescope Science Institute (STScI). STScI is a multi-mission operations center for NASA's flagship observatories and a world-class astronomical research center. Since its launch in 1990, STScI has performed the science operations for Hubble, which continues to revolutionize astronomy and expand our knowledge of the Universe. STScI also leads the science and mission operations for the James Webb Space Telescope (JWST), which launched on December 25, 2021."

68. Defendant Assurance Technology Corporation is a private company located at 84 South Street, Carlisle, MA 01741. On its website, regarding the company's capabilities, the Assurance Technology Corporation states: "Assurance Technology excels in both hardware and software development for space, avionics, and C4ISR, including RF and Optical Payload Systems, Space Weather Instruments, Payload Controllers and Data Processors, C4ISR Systems, Power Systems, as well as Ground Support and Test Systems."

69. Defendant Astra Space, Inc. is a public company located at 1900 Skyhawk St, Alameda, CA 94501. On its website, Astra Space states: "Improving Life on Earth from Space starts with getting your satellites to your desired orbit on your schedule. We are now contracting dedicated launch services for payloads up to 600kg to low Earth orbit." The company also states that its mission is "to improve life on earth from space."

70. Defendant Astrobotic Technology, Inc. is a private company headquartered at 1016 N Lincoln Ave, Pittsburgh, PA 15233. On its website, Astrobotic Technology states: "We're the Moon company and more. We specialize in making space missions feasible and more affordable for science, exploration, and commerce. And we think the Moon is a great place to start. As a lunar logistics company, we provide end-to-end delivery services for payloads to the Moon."

71. Regarding the company's mission, Astrobotic Technology states the following: "We're empowering a thriving human presence in space to explore the universe beyond Earth orbit. We believe in the elegant, pragmatic use of robotics to make space accessible to the world."

72. Defendant Astrotech Space Operations, LLC is a private company, and the largest and wholly owned subsidiary of Astrotech Corporation, headquartered at 1515 Chaffee Dr, Titusville, FL 32780. On its website, Astrotech Space Operations states: "Astrotech Space Operations LLC (ASO) is the leading provider of spacecraft processing services, with facilities and personnel to support launches at the Eastern and Western Ranges, and other launch sites around the world. ASO has distinguished itself in the market because of its flexibility and expertise in managing the full task of issues associated with transporting and preparing spacecraft for launch.

73. "ASO provides a variety of services to manage the interface between the satellite customer, the spacecraft processing team, and the launch vehicle provider. With an expanding presence in the propellant services segment of the market, ASO is positioned to continue its leadership and pursue more comprehensive engagements."

74. Defendant Axiom Space, Inc. is a private company headquartered at 1290 Hercules Ave, Houston, TX 77058. On its website, Axiom Space states: "For twenty years, humanity has operated in Low Earth Orbit as a species. It should go forth to explore the Solar System as a species. To that end, Axiom Space works to expand the community of spacefaring nations and globalize the benefits of microgravity.

75. "We utilize our singular human spaceflight engineering, training, operations, and program management expertise to help governments build human spaceflight programs and fly their astronauts on missions to space. These programs promote the growth of high-tech industries, stimulate the economy, inspire youth to pursue STEM education, and are a source of national pride and international respect."

76. Defendant Ball Aerospace & Technologies Corp. is a private company headquartered at 1600 Commerce St., Boulder, CO 80301-2734. On its website, the Ball Aerospace & Technologies Corporation states: "Whether you plan a commercial, defense or science mission, you can find a perfect fit in one of our integrated spacecraft buses. The Ball Configurable Platform (BCP) is a family of spacecraft designed for cost-effective, remote sensing applications. Built on a customizable, proven spacecraft design, the BCP accommodates a wide range of payloads, including optical applications with sub-meter resolutions and synthetic aperture radar."

77. The company also states: "As both a spacecraft and payload developer, we have a unique understanding of instrument integration and experience delivering end-to-end systems. Our mission systems expertise translates into a proven ability to fulfill the most challenging customer requirements."

78. Defendant Barrios Technology, Ltd. is a private "award-winning, woman-owned and operated small aerospace business," headquartered at 13100 Space Center Blvd Suite 650, Houston, TX 77059. On its website, Barrios Technology states: "As a long-time prime contractor to NASA, and a key partner and sub-contractor to a diverse customer base across government and commercial space sectors, our capabilities drive launch, flight operations, and mission success.

79. "With proven success on critical missions, we leverage our technical breadth and expertise to significantly contribute to human space flight as evidenced by our long experience supporting Low Earth Orbit (LEO) on the International Space

Station, to future missions to the Moon and beyond through our work on Artemis programs including Orion, Gateway, and the Space Launch System."

80. The company also states that, "For over 40 years Barrios has been trusted to drive mission success on many prestigious government and commercial space programs. We are a long-standing prime contractor to NASA and have made significant contributions to human spaceflight." The company goes on to say that its specialist services include space mission integration and operations, software engineering and integration, systems engineering and integration, program integration, data and analytics solutions, space flight planning and ground operations.

81. Defendant Bastion Technologies, Inc. is a private engineering and technical services company headquartered at 17625 El Camino Real, Suite 330, Houston, TX 77058. On its website, Bastion Technologies states: "Bastion has a long history as a Small Disadvantaged Business with NASA and the Aerospace Industry. The company has built its reputation on providing Engineering, Safety and Reliability, Information Technology, and Configuration Management and expertise for the International Space Station (ISS) and other NASA projects. Bastion has held over 350 contracts at almost every NASA center and most major aerospace industry partners since 1998. Bastion understands the nature and complexity of the long term challenges for NASA and industry customers."

82. The company also states the following: "Current human space flight operations involve different types of visiting spacecraft which dock at multiple docking ports. Visiting Vehicle (VV) operations near other spacecraft or space stations, if not

properly designed, pose potential issues with thruster plume loading and contamination of solar arrays, excessive propellant use, high structural loads etc. For these reasons specific analysis of VV proximity operations must be performed for mission design and operations.

83. "Visiting vehicle proximity operations analysis has historically required significant time and resources to perform. The typical process uses complex, high-fidelity models and simulations which require significant setup, long run times and repetition to produce results. This process is inefficient and costly to businesses and taxpayers alike."

84. Defendant Bechtel National, Inc. is a private company, and "trusted engineering, construction and project management partner to industry and government," headquartered at 12021 Sunset Hills Rd., Suite 110, Reston, VA 20190-5854. On its website, Bechtel National states that it is a "leading provider of services to the U.S. government, specializing in large, complex projects in such areas as defense, space, energy, security, and the environment."

85. Defendant Booz Allen Hamilton, Inc. is a private professional services company located at 2525 Bay Area Blvd, Suite 450, Houston, TX 77058. On its website, Booz Allen Hamilton states the following: "Solve complex space challenges with data. Discover how you can accelerate space superiority with the power of data—enhancing space data with artificial intelligence (AI), modernizing ground systems faster, and elevating space domain awareness with ever-increasing precision. And do it all with cybersecurity built in from the ground up.

86. "As a long-time space program partner, we speed decisions for defense, intelligence, and civil missions with data engineering and analytics, game-changers like digital twins, and innovation for initiatives like Joint All-Domain Command and Control (JADC2). Let us help you solve complex space challenges while keeping you in control of your technical baseline."

87. Defendant Box Elder Innovations, LLC is a private company located at 2709 Mule Ranch Cir, Corinne, UT 84307.

88. Defendant California Institute of Technology is an independent, privately supported institution located at 1200 E. California Blvd., Pasadena, CA 91125. On its website, the California Institute of Technology states that, "The Institute manages JPL for NASA, sending probes to explore the planets of our solar system and quantify changes on our home planet."

89. Defendant Charles Stark Draper Laboratory, Inc. is a private company headquartered at 555 Technology Square, Cambridge, MA 02139. On its website, Draper Laboratory states: "Our guidance technology took humans to moon and back. Today we continue to support humankind's desire to surpass the boundaries of our planet. From advanced and autonomous guidance, navigation, and control to fault-tolerant computing and software design, Draper engineers solutions that enable space exploration."

90. Defendant Collins Aerospace is a private company located at 350 Collins Rd NE building 120, Cedar Rapids, IA 52498; with another location at 855 35th St NE building 143, Cedar Rapids, IA 52402. On its website, Collins Aerospace states the following: "Enabling humankind to live, work and play in space.

91. "Making space safer and smarter with innovative technologies for customers across every sector. A new era in space travel has begun. Fueled by exciting partnerships between the government and private sector, today's pioneers are stretching the boundaries of what's possible to create a new vision of life in space – and Collins Aerospace is here to help make it a reality. With decades of experience supporting space exploration, our space suits and life support systems are low-risk and affordable, empowering the most extraordinary missions for commercial, government and defense customers.

92. "Pioneering human exploration in space for over 50 years. From space suits, environmental controls and life support systems to operations support and power management and distribution, Collins Aerospace's innovative capabilities and commercial technologies continue to advance the future of space. We were there when Neil Armstrong used a Collins space suit and radio to broadcast, 'That's one small step for [a] man, one giant leap for mankind,' during the Apollo 11 moon landing. From Apollo to Mars and beyond, continue to count on Collins to support your success."

93. Defendant COLSA Corporation is a private company headquartered at 6728 Odyssey Dr NW, Huntsville, AL 35806.

94. Defendant Commonwealth Scientific and Industrial Research Organisation is an Australian Government agency headquartered at Building 101, Clunies Ross Street, Black Mountain ACT 2601, Australia. On its website, the Commonwealth Scientific and Industrial Research Organisation makes the following statements: "Our space and

astronomy research enables humanity to better understand the Earth and Universe. It contributes to solving the greatest challenges and building future industry."

95. "Technologies for space and astronomy: We develop new instruments for our own instruments, and those around the world, to enhance our understanding of the Universe and realise benefits for us here on Earth."

96. "Space situational awareness: In addition to performing radio astronomy, our radio telescopes also perform space activities such as tracking satellites, spacecraft and asteroids."

97. "Space Technology Future Science Platform: We're developing innovative technologies and capabilities to support the growth of the Australian space industry."

98. Defendant Consolidated Safety Services, Inc. is a private company located at 2750 Prosperity Avenue, Suite 220, Fairfax, VA 22031. On its website, Consolidated Safety Services states: "CSS provides scientific services in support of leading-edge physical, chemical, and biological R&D and technology testing programs designed to improve and protect human health and to investigate ecological processes. We also conduct and provide support for research destined for space. Our services go beyond the science by providing operation and utilization of facilities and equipment necessary for hardware and science payload development and testing."

99. Defendant Cornerstone Research Group, Incorporated is a private "top aerospace and defense firm," located at 8821 Washington Church Road, Miamisburg, OH 45342.

100. Defendant Craig Technical Consulting, Inc. is a private nationwide engineering and technology firm headquartered at 150 N Sykes Creek Pkwy Suite 200, Merritt Island, FL 32953. On its website, Craig Technical Consulting states: "Craig Technologies has a diverse team of Engineers, Technicians, Project Management Support Professionals, and Scientists of various disciplines. Craig designs, builds and maintains systems for propellants, electrical power, cryogenics, pneumatics, hydraulics, and life science programs. In addition, we provide products and services for prototypes, mock-ups, test articles, training systems, test equipment and research instruments. • Military training systems • Space flight systems • Ground support and launch systems."

101. Defendant Dynetics, Inc. is a private company, and "leading provider of advanced, mission-critical services and solutions to the U.S. Government," headquartered at 1002 Explorer Building, Huntsville, Alabama 35806. On its webpage, Dynetics states: "Dynetics is a leading provider of advanced, mission-critical services and solutions to the U.S. Government. Our portfolio of innovative capabilities spans across many segments, including hypersonics, force protection, space and other advanced solutions. We provide an unmatched combination of speed, value and security."

102. Defendant Elementum 3D Inc. is a private company headquartered at 400 Young Ct, Unit 1, Erie, CO 80516-8441.

103. Defendant Firefly Aerospace, Inc. is a private company that "is engineering the next-generation infrastructure needed for a variety of unprecedented space activities," headquartered at 1320 Arrow Point Dr #109, Cedar Park, TX 78613. On its website, Firefly Aerospace states: "Redefining Reusability and Precision In-Space Operations.

Harnessing the benefits of high-performance solar electric propulsion, Firefly's Space Utility Vehicle supports your mission while transferring your payload to distant or difficult-to-reach orbits.

104. "Our Space Utility Vehicle (SUV) opens up orbits never before accessible with a small launch vehicle alone. When paired with Alpha, SUV can carry multiple payloads well out of LEO to distances as far as the Moon. Providing propulsion, uplink/downlink services, and up to 2 kW of solar power, SUV is capable of satisfying a wide variety of mission architectures lasting up to 5 years."

105. Defendant General Atomics Electromagnetic Systems, Inc. is a private company headquartered at 3550 General Atomics Court, San Diego, CA 92121-1122. On its website, General Atomics Electromagnetic Systems states that the company has "extensive experience designing and building complex payloads and integrated support systems to execute a variety of missions in space."

106. Defendant General Dynamics Corporation is a public "global aerospace and defense company," headquartered at 11011 Sunset Hills Road Reston, VA 20190.

107. Defendant Gloyer-Taylor Laboratories, Inc. is a private "high-technology company specializing in providing transformational technologies to the aerospace industry," headquartered at 112 Mitchell Blvd, Tullahoma, Tennessee, 37388.

108. Defendant Honeybee Robotics, LLC is a private company, and wholly owned subsidiary of Blue Origin, headquartered at 1830 Lefthand Circle, Longmont, CO 80501. On its website, Honeybee Robotics states: "Honeybee Robotics is AS9100 certified, NASA-approved flight hardware supplier with extensive experience in flexible

automation technologies, custom mechanisms, spacecraft electro-mechanical components, and robotic systems and subsystems for the aerospace industry."

109. Defendant Honeywell International Inc. is a public company headquartered at 855 S Mint St, Charlotte, NC 28202. On its website, Honeywell International states: "Since the 1950s, Honeywell has been on board every NASA space mission." The company also states that it does the following: "Crewed, uncrewed and satellite solutions for space missions."

110. Defendant IN Space, LLC is a private company that "was formed in 2003 to research, develop and design advanced propulsion technologies for space exploration, space commercialization and national defense," headquartered at 820 Roberts St, Lafayette, IN 47904.

111. Defendant ispace, inc. is a public "lunar exploration company with a vision to extend human presence into outer space," headquartered at 2-7-17, Shiba, Sumitomo Shibakoen Bldg. 10F., Minato-ku, Tokyo, 105-0014, Japan; the company's U.S. office location is 3001 Brighton Blvd, Ste 153, Denver, CO 80216; the company's EU office location is Luxembourg 5 Rue de l'Industrie 1811, Luxembourg. On its website, ispace states: "ispace is a lunar exploration company with a vision to extend human presence into outer space. Our vision is to expand our living sphere and create a sustainable world. The Moon's water resources represent untapped potential. Our aspiration is to explore and develop these water resources and spearhead a space-based economy. Water can be broken down into hydrogen and oxygen to produce fuel, so we are mapping lunar resources to accelerate the pace of space development. Imagine the Moon supporting

construction, energy, steel procurement, communications, transportation, agriculture, medicine, and tourism…We believe that by 2040 the Moon will support a population of 1,000, with 10,000 people visiting every year. ispace will be instrumental in supporting life on Earth through space-based infrastructure."

112. Defendant Jacobs Solutions Inc. is a public company headquartered at 1999 Bryan Street, Suite 1200, Dallas, TX 75201. On its website, Jacobs Solutions states: "An industry at an inflection point: government and private sector space agencies worldwide are experiencing widespread industry disruption and innovation. Jacobs delivers high-end solutions for remote sensing and earth observation, intelligence gathering, communications and navigation, and space-enabled science and exploration through its decades of experience and capabilities in scientific, engineering and technology innovation."

113. Defendant KBR, Inc. is a public company that "delivers science, technology and engineering solutions to governments and companies around the world," headquartered at 601 Jefferson Street Houston, TX 77002. On its website, in reference to contracts, KBR states: "We manage a broad portfolio of contract vehicles to provide government agencies and commercial organizations with fast, flexible channels to access the full range of our services. Our convenient and easy-to-use contract types include: Agency-specific contracts, Government-Wide Acquisition Contracts (GWAC), General Service Administration Schedules, and Blanket Purchase Agreements (BPA)."

114. The company also states: “With more than 50 years of human exploration experience, KBR navigates the complexities of human spaceflight and robotic space exploration, safely and efficiently – whether on the ground or in space.

115. “Exploring space means more than charting the final frontier. Spaceflight is a giant step toward advancing our knowledge of the universe and ourselves. KBR is proud to be a partner on that journey. By supporting NASA and other leading commercial space organizations with mission-critical and lifecycle services, KBR hopes to expand what is possible beyond our atmosphere.

116. “‘Spaceflight is a giant step toward advancing our knowledge of the universe and ourselves. KBR is proud to be a partner on that journey.’

117. “KBR’s spaceflight and human exploration capabilities cover the entire spectrum of space-based activity, from mission planning and execution to astronaut human performance training, satellite management, spacesuit services, flight operations, launch infrastructure, and robotic space systems engineering. KBR conducts scientific research and training simulations, performs extreme environment testing for space hardware and equipment, and staffs nearly every console in NASA’s Mission Control Center in Houston, TX. Additionally, one of KBR’s primary goals, which is also an integral part of mission success, is its support to crew members' health and to their families at home. As a result, the astronauts can stay focused on their mission objectives knowing their loved ones are well taken care of and have what they need.

118. “Having worked with every U.S. astronaut since 1968, KBR is proud of its heritage dating back to the beginning of human spaceflight with the Mercury program.

Today, KBR continues to support this millennium's most pressing space challenges and projects, including the International Space Station Program, the Commercial Crew Program, the James Webb Space Telescope, Landsat Telescopes, in addition to the Orion Program, Lunar Gateway, Human Lander System, next-generation spacesuit development, and the Space Launch System Program for NASA's Artemis missions to return to the moon."

119. Defendant KBR Wyle Services, LLC is a privately held subsidiary of KBR, and "leading provider of information assurance, enterprise solutions, and technology modernization services to the Federal government," located at 7701 Greenbelt Road, Suite 400, Greenbelt, MD 20770; the corporate headquarters are located at 601 Jefferson Street Houston, TX 77002.

120. Defendant KBRwyle Technology Solutions, LLC is a privately held subsidiary of KBR, located at 7000 Columbia Gateway Drive, Columbia, MD 21046.

121. Defendant L3Harris Technologies Inc. is a public company headquartered at 1025 W. NASA Boulevard, Melbourne, FL 32919. On its website, in reference to space, L3Harris Technologies states: "Flawless solutions for the final frontier. When it comes to navigating the new space era, it's all about agility. L3Harris anticipates customers' demands and delivers innovative solutions – quickly and flawlessly."

122. Defendant Leidos, Inc. is a public company headquartered at 1750 Presidents Street, Reston, VA 20190. On its website, Leidos, Inc. states the following: "For more than 50 years, Leidos has supported deep space exploration and human spaceflight through our technical expertise in IT, engineering and science. We have

developed a strong understanding of the critical environment and work supporting both public and private sector space exploration and human spaceflight missions. Building on this foundation, Leidos brings our enterprise-wide capabilities to the rapidly-changing space industry across the U.S. and allied defense, intelligence, and civilian agencies."

123. The company also states, regarding human exploration: "We have a history of performance at NASA centers across the country, offering the mission understanding and technical expertise necessary to support advancements in space exploration and human spaceflight."

124. Defendant Leonardo S.p.A. is a public company that "develops multi-domain capabilities in the Aerospace, Defence and Security sector," headquartered at Piazza Monte Grappa n. 4, 00195 Rome, Italy. On its website, Leonardo S.p.A. states: "Leonardo brings space closer to Earth for the benefit of citizens, institutions and businesses, covering the entire value chain of the space industry, from the manufacture of satellites and orbiting infrastructure, and the production of high-tech equipment and sensors, through to management of satellite services and propulsion and launching systems. These capabilities, the fruit of over 60 years of experience, have been consolidated via a strategic partnership between Leonardo and Thales to create the Space Alliance, alongside Leonardo's industrial participation in Avio."

125. The company also states: ">50% of the living space of the International Space Station was developed by Thales Alenia Space."

126. Defendant LJT & Associates, Inc. is a private company located at 9881 Broken Land Pkwy, Ste 400, Columbia, MD 21046-3025.

127. Defendant Lockheed Martin Corporation is a public "global security and aerospace company," headquartered at 6801 Rockledge Dr, Bethesda, MD 20817. On its website, the Lockheed Martin Corporation states: "Space is an important and valuable domain that has changed from a safe environment to one that is congested and threatened. A growing number of satellite system owners and operators need new capabilities to protect their assets and manage their interests in Space. Lockheed Martin's iSpace™ software addresses this need by providing command and control and battle management capabilities for customers in all arenas - defense, international, commercial, and civil - that operate in the space domain."

128. Defendant Lunar Outpost, Inc. is a private technology company located at 2830 East College Avenue, #106, Boulder, Colorado, 80303. On its website, concerning the company's approach, Lunar Outpost states: "Lunar Outpost is an advanced technology company with a focus on developing technologies that have both Earth and space applications. Lunar Outpost plans on filling an important role in the expanding space industry and is currently using its technical expertise to solve a variety of technological challenges."

129. Defendant Massachusetts Institute of Technology is an independent, coeducational, and privately endowed institute that was incorporated in 1861. The Massachusetts Institute of Technology is located at 77 Massachusetts Ave, Cambridge, Massachusetts, 02139.

130. Defendant Masten Space Systems, Inc. is a private "space infrastructure company," located at 1570 Sabovich St, Mojave, CA 93501. On its website, Masten

Space Systems states: "We're not just flying rockets. We're also not just landing on the Moon. Masten is solving the most pressing challenges in space. Our mission-enabling technologies will help enable sustainable access and utilization of the Moon, Mars, and beyond! Get in touch to implement these cutting-edge technologies for your next mission."

131. Defendant Mathematical Research Incorporated is a private, woman owned engineering services company headquartered at 17047 El Camino Real, Suite 200, Houston, TX 77058. On its website, Mathematical Research Incorporated states: "MRI has provided Configuration Management (CM) support across NASA programs (Space Shuttle, International Space Station, Extravehicular Activity, and Constellation), organizations, and projects (Orion as well as flight government furnished equipment projects) as well as Department of Defense and industry for the past 25+ years."

132. Defendant Maxar Space LLC is a private company, and wholly-owned subsidiary of Maxar Technologies, located at 3875 Fabian Way, Palo Alto, CA 94303.

133. Defendant Maxar Technologies Inc. is a private "leading space technology company integrating space infrastructure & Earth intelligence," headquartered at 1300 W 120th Avenue, Westminster, CO 80234. On its website, Maxar Technologies makes the following statements: "Helping organizations explore space, connect humanity and protect our planet and its people," "Space is within reach. We design, build, integrate and test solutions for space-based communications, robotics, power and propulsion, Earth observation, exploration and on-orbit servicing and assembly. Our services include mission systems engineering, product design, spacecraft manufacturing, assembly

integration and testing," and "Maxar combines a pioneering legacy with innovative forward thinking to deliver on the promise of flexible, cost-effective space manufacturing with the reliability we've proven for 60 years."

134. The company boasts: "With more than 60 years of experience, we design and manufacture satellites and spacecraft components for communications, Earth observation, exploration and on-orbit servicing and assembly. Since humans first began exploring our solar system, Maxar has been supporting commercial and government missions with Space Infrastructure capabilities."

135. Regarding its partnership with NASA, Maxar Technologies states: "Maxar has been supporting NASA missions since humans first began exploring the cosmos. Today we proudly support a broad range of missions that advance America's leadership in space."

136. Defendant Microchip Technology Incorporated is a public company headquartered at 2355 West Chandler Blvd., Chandler, Arizona 85224. On its website, Microchip Technology states: "Our portfolio represents more than 60 years of flight heritage. We are proud that our product lines have been embedded in over 90 space missions."

137. Defendant Millennium Space Systems, Inc. is a private company, and wholly-owned subsidiary of The Boeing Company, headquartered at 2265 E. El Segundo Blvd., El Segundo, CA 90245. On its website, Millennium Space Systems states: "We are focused on affordability, performance and flexibility to deliver autonomous, dynamic spacecraft for our customers' missions. We offer highly agile and maneuverable small

satellites that are flexible to host different payloads across orbits. And the onboard processing we've developed has proven to be orders of magnitude better than heritage systems."

138. Defendant Mitchell Vantage Systems, LLC is a private company located at 1 E Sheridan Ave, Ste 400, Oklahoma City, OK 73104.

139. Defendant National Academy of Sciences is a private, nonprofit organization located at 2101 Constitution Ave. NW, Washington, DC 20418.

140. Defendant Northrop Grumman Corporation is a public company that "solves the toughest problems in space, aeronautics, defense and cyberspace to meet the ever evolving needs of our customers worldwide," headquartered at 2980 Fairview Park Drive Falls Church, VA 22042. On its website, the Northrop Grumman Corporation states: "Northrop Grumman solves the toughest problems in space."

141. The company also states: "Right now, Northrop Grumman is pioneering across every sector of space, helping government, civil and commercial customers tackle some of their biggest challenges. Our forward-leaning, pioneering spirit is backed by a legacy of expertise that began at the dawn of the space age. Our mission expertise in space runs deep, we know our customers well, and our capabilities are unmatched. This is what allows us to provide reliable, agile, and affordable space solutions to solve our customers' toughest problems. From defending freedom to advancing human discovery, we are defining what is possible in space every day."

142. Regarding its legacy in space, the Northrop Grumman Corporation states: "Building the future of space takes a deep understanding of where we came from. From

the dawn of the space age, the companies that are a part of Northrop Grumman have achieved historic accomplishments. The company was instrumental in the development of the nation's first missile and satellite programs, the achievements of the Apollo moon landings, the development of the Space Shuttle and International Space Station, and many ground-breaking space science missions. We made history in space."

143. Defendant Oceaneering International, Inc. is a public company headquartered at 5875 N. Sam Houston Pkwy. W., Suite 400, Houston, TX 77086. On its website, Oceaneering International states: "Solving your most complex operational challenges under water, on land, and in space from a convenient location near you."

144. The company also states, regarding space systems (OSS): "We develop, integrate, and apply new and established technologies to meet the challenges of working in space and other harsh environments."

145. Regarding human space flight systems, the company states: "We are a world leader in designing, manufacturing, testing, and maintaining equipment for human space flight activities, and training astronauts in its use. Our space suits, life support technology, and space station extravehicular activity (EVA) equipment sustaining engineering are trusted solutions for critical operations."

146. Defendant OPR, LLC is a private company located at 7051 Muirkirk Meadows Dr., Ste A, OFC 100, Beltsville, MD 20705.

147. Defendant PAE-SGT Partners, LLC is a private company located at 1320 N Courthouse Rd., Ste 800, Arlington, VA 22201. On its website, PAE-SGT Partners states: "PSP brings comprehensive corporate depth to NASA's operations and maintenance

support services. We deliver transformative solutions for our customers' space exploration challenges."

148. Defendant Peraton Inc. is a private company that "drives missions of consequence spanning the globe and extending to the farthest reaches of the galaxy," headquartered at 1875 Explorer Street, Reston, VA 20190. On its website, Peraton states: "From keeping satellites safe, to landing spacecraft on Mars, to keeping the most distant satellites connected to Earth, we know what it takes to lead in the final frontier."

149. The company also states: "Peraton provides solutions for space protection and resiliency, flight dynamics, orbital determination, Earth observation, weather, intelligence processing, advanced sensors and payloads, ground processing, information analytics, space platform defensive cyber operations, and telemetry, tracking and control systems."

150. Defendant pH Matter, LLC is a private company located at 6655 Singletree Dr, Columbus, OH 43229.

151. Defendant Phantom Space Corporation is a private company that "was founded to revolutionize the way we transport satellites and other assets into space, through space, and ultimately back to Earth," headquartered at 1816 S Research Loop, Tucson, AZ 85710. On its website, the Phantom Space Corporation states: "We're making space more accessible by lowering costs through mass manufacturing, which will also drive new markets built around space-based data."

152. The company also states: "The Phantom team has a proven track record of successful satellite programs, spacecraft design, and launch missions. We have the

capability to help companies design, build, and integrate spacecraft — from single, small spacecraft to full constellations. By building, integrating, and launching both spaceraft and satellites, we're able drastically lower the barrier to orbit."

153. Defendant Raytheon Technologies Corporation is a public "aerospace and defense company that provides advanced systems and services for commercial, military and government customers worldwide," headquartered at 1000 Wilson Blvd., Arlington, VA 22209. On its website, the Raytheon Technologies Corporation states that, "Raytheon Technologies has shaped the history of space exploration, and that spirit of innovation continues to thrive. Our space technologies – used for missile warning, intelligence, weather information, earth observation, human space flight and beyond – are essential for global commerce, scientific discovery and global security."

154. The company also boasts: "200+ spacewalks in our space suits," and "50+ years of experience supporting space exploration." Regarding Raytheon Technologies Corporation's capabilities, the company states: "In our digital engineering hubs, research labs and advanced manufacturing facilities, our teams are pushing the limits of known science. Our researchers, engineers and innovators are developing the capabilities needed to solve the space industry's most complex problems of today – and to anticipate the solutions of tomorrow."

155. Defendant Redwire Corporation is a public company headquartered at 8226 Philips Highway, Suite 102, Jacksonville, FL 32256. On its website, regarding space commercialization, the Redwire Corporation states: "Advanced manufacturing will yield increased commercial activity in low Earth orbit (LEO) and can create demand for high

value industrial products for use on Earth. Redwire is pioneering advanced space manufacturing technologies to revolutionize off-earth manufacturing at scale to grow a robust LEO economy. Redwire technology is expanding economic opportunities in LEO through manufacturing industrial products for space and terrestrial use."

156. Defendant Relativity Space, Inc. is a private company headquartered at 3500 E Burnett St, Long Beach, CA 90815. On its website, Relativity Space states: "Starting with rockets, our Stargate factory vertically integrates robotics, software, and patented 3D printing technologies to digitize manufacturing. Our proprietary process optimizes every aspect of aerospace development and enables faster, more frequent, and lower cost access to space."

157. Defendant Rocket Lab USA, Inc. is a public "end-to-end space company delivering reliable launch services, spacecraft, satellite components, and on-orbit management," headquartered at 3881 McGowen Street, Long Beach, CA 90808. On its website, Rocket Lab USA states: "With our launch vehicles and spacecraft, we've simplified space, making it easy and affordable for companies, scientists, researchers, governments, entrepreneurs, and students alike, to get their ideas to orbit. We've opened up a solar system of possibilities for innovation, exploration and infrastructure in space to make for a better world down here on Earth."

158. Defendant Rothe Development, Inc. is a private Women-Owned Small Business (WOSB) company headquartered at 4614 Sinclair Rd., San Antonio, TX 78222.

159. Defendant Russia Space Agency, State Space Corporation Roscosmos, is a state corporation located at 42 Schepkina Street, 107996 Korolev, Moscow Region,

Russia. State Space Corporation Roscosmos is said to ensure the implementation of the Russian government's space program and its legal regulation. The state corporation is also said to be responsible for international space cooperation and tasked with setting the stage for the future use of results of space activities in the social and economic development of Russia.

160. Defendant S.P. Korolev Rocket and Space Public Corporation Energia is a public company located at Lenin Str. 4A, 141070 Korolev, Moscow Region, Russia.

161. Defendant Science Applications International Corporation is a public company headquartered at 12010 Sunset Hills Rd, Reston, VA 20190. On its website, the Science Applications International Corporation states that, "SAIC is today's crucial space mission integrator, providing systems development, integration and engineering in addition to launch and operational services for our nation's civilian, defense and intelligence community customers. In a rapidly evolving domain with commercial innovations and new partners, it takes an experienced and tech-savvy mission integrator to tie together all space stakeholders and disciplines for mission success — be it space traffic management, hypersonic defense or climate change mitigation."

162. Defendant Science Systems and Applications, Inc. is a public company headquartered at 10210 Greenbelt Rd Ste 600, Lanham, MD 20706. On its website, Science Systems and Applications states that, "For over 40 years, SSAI has invested in exploring the science behind Earth's complex systems, as well as in understanding our place in the universe. Whether designing, building, maintaining, or upgrading ground-based and space-based instruments; or managing, analyzing, and distributing the obtained

data; SSAI is constantly contributing to advancements in oceanic, terrestrial, atmospheric, biological, and astronomical sciences, in hopes of expanding our knowledge and improving our quality of life."

163. Defendant Select Federal Services, LLC is a private "Joint Venture of MCH Corporation (MCH) and Library Associates and brings together the combined experience of both corporations in providing high-quality information technology management and services," located at 995 Hwy 11 S, Bldg 2, Sweetwater, TN 37874.

164. Defendant Sensuron, LLC is a private company located at 110 Wild Basin Rd Suite 275, Austin, TX 78746.

165. Defendant SETI Institute is a private nonprofit research organization located at 339 N Bernardo Ave, Suite 200, Mountain View, CA 94043.

166. Defendant Sierra Lobo, Inc. is a private engineering and technical services company headquartered at 102 Pinnacle Dr, Fremont, OH 43420.

167. Defendant Sierra Nevada Corporation is a private technology company headquartered at 444 Salomon Circle, Sparks, NV 89434. On its website, the Sierra Nevada Corporation states that the company's mission is "to deliver innovative, open architecture technology solutions that support and protect our customers, wherever their missions take them — air, land, sea, cyber and space."

168. The company also states, regarding space: "We're no stranger to the final frontier. Our customized spacecraft and integrated mission systems provide cost-effective, rapidly delivered solutions for our customers' needs."

169. Defendant Southwest Research Institute is a contract R&D organization headquartered at 6220 Culebra Road, San Antonio, Texas 78238. On its website, the Southwest Research Institute states: "We focus on space operations, spacecraft operations, science operations and mission implementation across a broad spectrum of programs."

170. The company also states: "We combine Earth- and space-based analysis with expertise in geology, remote sensing, in-situ technologies and more. Our heliophysics activities focus on understanding the behavior of electrically charged particles (plasmas) and electromagnetic fields at the Sun, in planetary magnetospheres and interplanetary space, and at the heliosphere's interface with the local interstellar medium."

171. The company claims to "specialize in development and integration of space instruments and payloads, offering commercial and government clients a variety of solutions."

172. Defendant SpaceFactory, Inc. is a private company located at 901 Penhorn Ave, Unit 1, Secaucus, NJ 07094. On its website, regarding the company's mission, SpaceFactory states: "AI SpaceFactory is advancing construction technologies and materials for sustainable Space exploration and habitation — solutions which can improve how we build and live on Earth."

173. Defendant Spaceflight, Inc. is a private company located at 1505 Westlake Ave. N., Ste. 600 , Seattle, WA 98109, with another location at 13150 SE 32nd St, Bellevue, Washington, 98005. On its website, Spaceflight states that they offer "the most

rideshare options to space - with end-to-end mission management services to ensure your mission is on time and budget."

174. The company also states: "We Make Getting to Space Easy & Affordable. Spaceflight is a premier launch and in-space transportation services provider, offering routine, cost-effective access to space so you can innovate and benefit from a celestial perspective and explore beyond our planet. How will you change the world?"

175. Defendant Stellar Exploration, Inc. is a private aerospace company located at 835 Airport Dr, San Luis Obispo, CA 93401. On its website, Stellar Exploration states: "We accept demanding missions and developing technology to enable new mission profiles. Our upcoming missions include propulsion systems for an ESPA-class satellite traveling to Mars, a DOD mission for a highly maneuverable satellite constellation, and in-space refueling capabilities."

176. Defendant Stinger Ghaffarian Technologies, Inc. is a private company, and KBRwyle business unit, located at 7701 Greenbelt Road, Suite 400, Greenbelt, MD 20770.

177. Defendant Syncom Space Services, LLC is a private company located at 6500 W Fwy Ste 400, Fort Worth, Texas, 76116.

178. Defendant Techshot, Inc., a subsidiary of Redwire Corporation, is a private company, and "leader in biotechnology in microgravity, bioprinting, and on-orbit manufacturing needed for commercial space-based research and development," located at 7200 Highway 150, Greenville, IN 47124.

179. Defendant Tec-Masters, Inc. is a private company headquartered at 1500 Perimeter Pkwy NW # 215, Huntsville, AL 35806.

180. Defendant Teledyne Brown Engineering, Inc. is a private company, and an "industry leader in engineered systems and advanced manufacturing," headquartered at 300 Sparkman Dr NW, Huntsville, AL 35805. On its website, Teledyne Brown Engineering states that it "enables some of today's most advanced technologies on air, land, sea and space."

181. Defendant Thales S.A. is a public company, and a "global technology leader … In the markets of defence and security, aerospace and space, digital identity and security, and transport, Thales provides solutions, services and products to help its customers – companies, organisations and governments – to carry out their critical missions." Thales is located at 31 Place des Corolles – CS 20001 92098 Paris La Defense Cedex France. On the Thales Group website, it states: "Thales Alenia Space is a Joint Venture between Thales (67%) and Leonardo (33%). Combining 40 years of experience and a unique diversity of expertise, talents and cultures, Thales Alenia Space architects design and deliver high technology solutions for telecommunications, navigation, Earth observation, environmental management, exploration, science and orbital infrastructures."

182. The company also states that, "Governments, institutions and companies rely on Thales Alenia Space to design, operate and deliver satellite-based systems that help them position and connect anyone or anything, everywhere, help observe our planet, help optimize the use of our planet's – and our solar system's – resources. Thales Alenia

Space believes in space as humankind's new horizon, which will enable to build a better, more sustainable life on Earth. Whatever it takes!"

183. It also states: "Thales Alenia Space is also a major partner onboard Orion, NASA's human transportation vehicle for deep space exploration."

184. Defendant The Aerospace Corporation is a private, "independent, nonprofit corporation operating the only FFRDC for the space enterprise," headquartered at 2310 E. El Segundo Blvd., El Segundo, CA 90245-4609. On its website, the Aerospace Corporation states: "Spanning all stages of the space lifecycle, from concept to operations, mission success at Aerospace is the result of decades of experience, a highly-skilled technical staff, and specialized tools developed to tackle the challenges of space."

185. Defendant The Boeing Company is a public "leading global aerospace company," headquartered at 929 Long Bridge Drive, Arlington, VA, 22202. On its website, The Boeing Company states the following: "The Future of Space Is Built Here.

186. "With experience gained from supporting every major U.S. endeavor to escape Earth's gravity, we're designing and building the future of safe, assured space exploration and commercial access – even as we lead the digital transition of the satellite industry for both government and commercial customers around the globe.

187. "We're enabling critical research on the International Space Station (ISS) that benefits the future space economy, deep-space exploration and life on Earth; returning crew launch capabilities to U.S. soil with the CST-100 Starliner commercial spacecraft; ensuring successful delivery to Earth's orbit with the United Launch Alliance (ULA) joint venture between Boeing and Lockheed Martin; and building heavy-lift,

human-rated propulsion to deep space with the Space Launch System (SLS) rocket that will launch missions on a path to the Gateway cislunar outpost, the moon's surface and Mars. Boeing-built Tracking and Data Relay Satellites (TDRS) provide high-bandwidth communications between Earth-orbiting spacecraft and facilities on the ground.

188. "We also design and build advanced space and communications systems for military, commercial and scientific uses, including advanced digital payload, all-electric propulsion and 3D manufacturing capabilities for spacecraft that can operate in the geosynchronous, medium-Earth-orbital or low-Earth-orbital planes. We're using innovative manufacturing practices, and simplifying and reducing the complexity of Boeing satellites."

189. Defendant Trident Vantage Systems, LLC is a private engineering and Information Technology (IT) consulting company located at 7500 Greenway Center Drive, Suite 1140, Greenbelt, MD 20770. On its website, Trident Vantage Systems states that, "Trident, Inc. (Trident) and Vantage Systems, Inc. (Vantage) established the Trident Vantage Systems (TVS) 8(a) Joint Venture (JV) with the focused commitment to enable Goddard Space Flight Center (GSFC) mission success and excellence using the TIDES Contract."

190. Defendant Tyvak Nano-Satellite Systems, Inc. is a private company that "designs and builds custom deployment systems for nanosatellites and microsatellites and provides launch solutions for nano-, micro-, and small satellites." Tyvak Nano-Satellite Systems, Inc. is headquartered at 6800 Broken Sound Pkwy NW, Boca Raton, FL 33487.

191. Defendant United Launch Services, LLC is a private company, and a subsidiary of United Launch Alliance, located at 9501 E Panorama Cir, Centennial, Colorado, 80112.

192. Defendant Universities Space Research Association is a private, "independent, nonprofit research corporation where the combined efforts of in-house talent and university-based expertise merge to advance space science and technology." The Universities Space Research Association is headquartered at 425 3rd Street SW, Suite 950, Washington DC 20024. On its website, The Universities Space Research Association states that, "USRA provides expertise in space physical sciences to NASA by conducting and managing research in fluid physics, combustion, colloids/condensed matter, and modeling of biological systems."

193. Defendant Virgin Galactic, LLC is a private company that operates as a subsidiary of the Virgin Group, located at 166 N Roadrunner Pkwy Ste 1C, Las Cruces, NM 88011. Virgin Galactic states on its website that they "are the world's first commercial spaceline, and our purpose is to connect people across the globe to the love, wonder and awe created by space travel."

194. Defendant Virgin Orbit, LLC is a private company within the Virgin Group, located at 4022 E Conant St Long Beach, CA, 90808-1777; the corporate headquarters is located at 66 Porchester Road, London, W2 6ET, United Kingdom.

195. Defendant ZIN Technologies Inc. is a private Voyager Space company headquartered at 6745 Engle Road, Airport Executive Park, Cleveland, OH 44130.

## JURISDICTION AND VENUE

196. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or laws or treaties is a federal question case. 28 U.S.C. § 1331 provides that the district courts have subject matter jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States.

197. Under the False Claims Act, 31 U.S.C. §§ 3729 - 3733, a federal statute, private citizens are empowered to file suits on behalf of the government (called "*qui tam*" suits) against those who have defrauded the government. The False Claims Act provides that any person who knowingly submits false claims to the government is liable.

198. Considering liability, the statute begins, in § 3729(a), by explaining the conduct that creates FCA liability. In very general terms, §§ 3729(a)(1)(A) and (B) set forth FCA liability for any person who knowingly submits a false claim to the government or causes another to submit a false claim to the government or knowingly makes a false record or statement to get a false claim paid by the government. Section 3729(a)(1)(C) creates liability for those who conspire to violate the FCA.

199. To the Relator's knowledge, there has been no statutorily relevant public disclosure of the "allegations or transactions" in this Complaint, as those concepts are used in 31 U.S.C. §§ 3730(e), as amended by Pub. L. No. 111-148, § 10104(j)(2), 124 Stat. 119, 901-02. Moreover, whether or not such a disclosure has occurred, Relator would qualify as an "original source" of the information on which the allegations or transactions in this Complaint are based. Before filing this action, Relator voluntarily disclosed to the Government the information on which the allegations or transactions in

this Complaint are based. Additionally, Relator has direct and independent knowledge about the misconduct alleged herein and that knowledge is independent of and materially adds to any publicly disclosed allegations or transactions relevant to his claims.

200. Jurisdiction is proper in the Western District of Oklahoma pursuant to 31 U.S.C. § 3732(a) which states: any action under section 3730 may be brought in any judicial district in which the defendant or, in the case of multiple defendants, any one defendant can be found, resides, transacts business, or in which any act proscribed by section 3729 occurred.

201. Venue is proper in the Western District of Oklahoma, in that, suits against government officers acting in their official capacities or under color of office or legal authority, and against government agencies or the United States, may be brought, pursuant to 28 U.S.C. § 1391(e)(1), in any judicial district in which (A) a defendant in the action resides.

## ALLEGATIONS

202. The False Claims Act ("FCA") provides, in pertinent part, that: (a) Any person who (1) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; (2) knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government; or (3) conspires to defraud the Government by getting a false or fraudulent claim paid or approved by the Government, is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000 (those amounts are adjusted annually; the current amounts are $13,508 to $27,018), plus 3 times the amount