**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA, *ex rel.* VINCENT L. HEPBURN,

Plaintiff,

v.

NASA ADMINISTRATOR CLARENCE WILLIAM NELSON II, et al.,

Defendants.

Case No. CIV-23-586-J

**JUDGMENT**

In accordance with the Court's order entered on this date, this action is hereby DISMISSED.

IT IS SO ORDERED this 17th day of July, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE