UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 03 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY EKW, DEPUTY

United States of America, *ex rel.* )
Vincent L. Hepburn ) Case No. CIV-23-586-J
)
Plaintiff-Appellant, )
v. )
)
NASA Administrator Clarence William ) Judge Bernard M. Jones
Nelson II; Former NASA Administrator )
James F. Bridenstine; Elon Musk; Space )
Exploration Technologies Corp.; Jeff )
Bezos; Blue Origin, LLC; ABL Space )
Systems Co.; ADNET Systems, Inc.; )
Aegis Aerospace, Inc.; Aerie Aerospace, )
LLC; Aerodyne-SGT Engineering )
Services, LLC; Aerojet Rocketdyne, Inc.;)
Agile Decision Sciences, LLC; Ahmic )
Aerospace, LLC; Analytical Mechanics )
Associates, Inc.; Ansys, Inc.; Ares )
Technical Services Corporation; )
Association of Universities for Research )
in Astronomy, Inc.; Assurance )
Technology Corporation; Astra Space, )
Inc.; Astrobotic Technology, Inc.; )
Astrotech Space Operations, LLC; )
Axiom Space, Inc.; Ball Aerospace & )
Technologies Corp.; Barrios Technology, )
Ltd.; Bastion Technologies, Inc.; Bechtel )
National, Inc.; Booz Allen Hamilton, )
Inc.; Box Elder Innovations, LLC; )
California Institute of Technology; )
Charles Stark Draper Laboratory, Inc.; )
Collins Aerospace; COLSA Corporation; )
Commonwealth Scientific and Industrial )
Research Organisation; Consolidated )
Safety Services, Inc.; Cornerstone )
Research Group, Incorporated; Craig )
Technical Consulting, Inc.; Dynetics, )
Inc.; Elementum 3D Inc.; Firefly )
Aerospace, Inc.; General Atomics )
Electromagnetic Systems, Inc.; General )

Dynamics Corporation; Gloyer-Taylor )
Laboratories, Inc.; Honeybee Robotics, )
LLC; Honeywell International Inc.; IN )
Space, LLC; ispace, inc.; Jacobs )
Solutions Inc.; KBR, Inc.; KBR Wyle )
Services, LLC; KBRwyle Technology )
Solutions, LLC; L3Harris Technologies )
Inc.; Leidos, Inc.; Leonardo S.p.A.; LJT )
& Associates, Inc.; Lockheed Martin )
Corporation; Lunar Outpost, Inc.; )
Massachusetts Institute of Technology; )
Masten Space Systems, Inc.; )
Mathematical Research Incorporated; )
Maxar Space LLC; Maxar Technologies )
Inc.; Microchip Technology )
Incorporated; Millennium Space )
Systems, Inc.; Mitchell Vantage )
Systems, LLC; National Academy of )
Sciences; Northrop Grumman )
Corporation; Oceaneering International, )
Inc.; OPR, LLC; PAE-SGT Partners, )
LLC; Peraton Inc.; pH Matter, LLC; )
Phantom Space Corporation; Raytheon )
Technologies Corporation; Redwire )
Corporation; Relativity Space, Inc.; )
Rocket Lab USA, Inc.; Rothe )
Development, Inc.; Russia Space )
Agency, State Space Corporation )
Roscosmos; S.P. Korolev Rocket and )
Space Public Corporation Energia; )
Science Applications International )
Corporation; Science Systems and )
Applications, Inc.; Select Federal )
Services, LLC; Sensuron, LLC; SETI )
Institute; Sierra Lobo, Inc.; Sierra )
Nevada Corporation; Southwest )
Research Institute; SpaceFactory, Inc.; )
Spaceflight, Inc.; Stellar Exploration, )
Inc.; Stinger Ghaffarian Technologies, )
Inc.; Syncom Space Services, LLC; )
Techshot, Inc.; Tec-Masters, Inc.; )
Teledyne Brown Engineering, Inc.; )
Thales S.A.; The Aerospace Corporation; )

The Boeing Company; Trident Vantage )
Systems, LLC; Tyvak Nano-Satellite )
Systems, Inc.; United Launch Services, )
LLC; Universities Space Research )
Association; Virgin Galactic, LLC; )
Virgin Orbit, LLC; and ZIN )
Technologies Inc. )
)
Defendants-Appellees. )

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff-Relator Vincent L. Hepburn (pro se party) in the above-named case hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final Order entered in this action on July 9, 2024.

The decisions of the federal courts – "if the plaintiff's motion is within the ambit of rule 60 (b) [Federal Rules of Civil Procedure], the denial of the motion is a final appealable judgment" (*Woodham v. American Cystoscope Co.*, 335 F.2d 551, 554 (5th Cir. 1964); *accord*, *Greear v. Greear*, 288 F.2d 466, 467 (9th Cir. 1961). *See* 6 J. MOORE, FEDERAL PRACTICE ¶ 55.09 (2d ed. 1966).) – reflect the disposition of the majority of jurisdictions in the United States.

This Notice of Appeal is timely filed pursuant to Fed. R. App. P. Rule 4(a)(1)(B)(i)(iii).

Dated: 9-3-2024

By: Vincent Hepburn

Plaintiff-Relator (Appellant) Vincent L. Hepburn
5016 SE. 46th St.
Oklahoma City, Oklahoma 73135
Tel: 405-541-1194
vhepburn@bceadastra.com
vincent_hepburn@formybelovedchildren.com